

ORDERED in the Southern District of Florida on February 10, 2012.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No.  11-35749 -BKC-LMI

JULIO CESAR CRUZ,                                Chapter  13

        Debtor.
_____/

### ORDER SETTING HEARING TO SHOW CAUSE WHY ATTORNEY ALEJANDRO SIXTO SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR

**THIS CAUSE** came before the Court *sua sponte* after Confirmation hearing on February 7, 2012.  Debtor's Counsel, Alejandro Sixto, Esq., failed to appear at the Confirmation hearing to represent the Debtor.  A review of the record indicates that the Debtor's Counsel was served with Notice of Continued Confirmation.

Debtor's Counsel having failed to appear at the duly scheduled Confirmation hearing to represent his/her client, it is

**ORDERED** that Attorney Alejandro Sixto, Esq. shall appear at a hearing on **March 6, 2012 at 9:30 a.m.** at the **United States Bankruptcy Court, 51 S.W. First Avenue, Miami,**

**Florida** in **Courtroom 1409** to show cause as to why Alejandro Sixto, Esq., should not be sanctioned for failing to appear at the Confirmation hearing.

###

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*