

**ORDERED in the Southern District of Florida on March 12, 2012.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No. 11-35749-BKC-LMI

JULIO CESAR CRUZ,                              Chapter 13

        Debtor.
_____/

### ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ATTORNEY ALEJANDRO SIXTO SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR

**THIS CAUSE** came before the Court on March 6, 2012 at 9:30 a.m. upon Order to Show Cause Why Attorney Alejandro Sixto Should not be Sanctioned for Failure to Appear (ECF #41). The Court having heard argument of counsel and based on the record, it is

ORDERED AND ADJUDGED that:

1. The Order to Show Cause Why Attorney Alejandro Sixto Should not be Sanctioned for Failure to Appear is discharged.

###

Copy furnished to:
Alejandro Sixto, Esq.

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*